# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. THEODORE SMITH

Docket No. 3:00CR00044(JCH)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Sandra L. Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Theodore Smith who was sentenced to 58 months' imprisonment, concurrent on all counts, for violations of 21 U.S.C. § 846, Conspiracy to Distribute Cocaine Base; 21 U.S.C. § 841(a)(1), Possession and Distribution of Cocaine Base; and 21 U.S.C. §§ 841(a)(1) and 846, Attempted Possession With Intent to Distribute Cocaine Base, by the Honorable Janet C. Hall, U.S. District Judge, sitting in the court at Bridgeport, Connecticut on November 13, 2001, who fixed the period of supervision at 5 years on all counts which commenced on July 30, 2004 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the probation officer, which may include testing to determine if the defendant has used drugs or alcohol; and 2) The defendant shall obtain and maintain full-time employment or further his education. The projected expiration date of supervised release is July 29, 2009.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following condition of supervised release:

**Charge No.1 - Mandatory Condition:** "The defendant shall not commit another federal, state or local offense. The defendant shall not unlawfully possess a controlled substance."

On August 23, 2005, the defendant was arrested by the West Haven Police Department and charged with Possession of Marijuana, Possession With Intent to Sell Marijuana, Possession of Marijuana Near a School, Conspiracy to Possession Marijuana With Intent to Sell, Conspiracy to Possess Marijuana Near a School, and Improper Parking. According to police incident reports, while conducting surveillance of alleged illegal narcotics activity at Chlo's Cuts Barber Shop at 632 Second Avenue, the Street Crimes Unit observed a Chrysler operated by Theodore Smith pull up and park in front of the barber shop. Mr. Smith exited the driver's side of the vehicle, entered the shop, and was observed engaging in a brief hand to hand transaction. Police then surveilled the car traveling south on Second Avenue and conducted a motor vehicle stop. Upon approaching the vehicle, police recognized the odor of marijuana emanating from the car. Mr. Smith and the front seat passenger, Alicia Shields, were removed from the car. A search of the vehicle revealed a large shopping bag containing one large clear plastic bag that held 22 small clear ziplock bags that each contained a green leafy substance. Police also seized a ringing cellphone that Smith claimed ownership of. Police answered the phone. The caller asked for "Teddy," requested a "dime bag" and arranged to meet at a Denny's Restaurant on Sawmill Road. The caller stated they would be driving a Kia Sephia. Mr. Smith and Ms. Shields were taken into custody. Alicia Shields gave a statement to police in which she said the marijuana found in the vehicle was hers and did not belong to Mr. Smith. Police responded to the Denny's parking lot and stopped the identified Kia. A passenger of the vehicle reported to police verbally and then in a sworn statement that she had in fact called "Teddy" on 8/23/06 to order marijuana and had purchased marijuana from "Teddy" in the past. The green substance tested positive for marijuana and had an approximate total weight of 17.5 grams.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Theodore Smith to appear before this Court at Bridgeport, Connecticut, on _February 16, 2007_ at _3:30 p.m_ to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this _8th_ day of _Jan._, 2007 and ordered filed and made a part of the records in the above case.

_____
The Honorable Janet C. Hall
United States District Judge

Sworn to By

_Sandra L. Hunt_
Sandra L. Hunt
United States Probation Officer

Place _Bridgeport, CT_

Date _January 8, 2007_

Before me, the Honorable Janet C. Hall, United States District Judge, on this _8th_ day of _Jan._, 2007 at Bridgeport, Connecticut, U.S. Probation Officer Sandra L. Hunt appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_____
The Honorable Janet C. Hall
United States District Judge