

# Department of Police Services
## West Haven, Connecticut
### Russell Kniehl, Chief

Date ___8/23/05___ Time ___1102___ Place ___200 Sawmill Rd___ Case No. ___05-29368___

I, ___Alicia Shields___, Age ___25___, Make The Following Voluntary Statement, Of My Own Free Will, Without Threat Or Promise, To A Member Of The West Haven Police Department, Knowing That It May Be Used In A Court Of Law. I Have Been Advised That I Have A Right To Consult With A Lawyer, To Stand Mute, And To Sign Nothing. These Rights I Hereby Waive. I Make This Statement To___Officer Conlan___, Whom I Know To Be A Member Of The West Haven Police Department . I Fully Understand That If I Make A Statement That Is Untrue And Which Is Intended To Mislead A Law Enforcement Officer In The Performance Of His Official Function, I Will Be Violating Sec. 53a-157 Of The Connecticut General Statutes.

On 8/23/05 at about 8pm, I was the passenger in my boyfriend Teddy's vehicle while driving in West Haven. The vehicle was pulled over by the West Haven Police. The police then found marijuana in this vehicle. The marijuana which was found in this vehicle was my marijuana and not Teddy's.

I Have Read The Above Statement, And It Is The Truth To The Best Of My Knowledge.

Witness:_____     Signed: _A. Shields_

SUBSCRIBED AND SWORN TO ME   This _23_ Day Of ___August___, 2005

Page ___ Of ___ Pages.

___Notary Public___

# DEPARTMENT OF POLICE SERVICE
## WEST HAVEN, CONNECTICUT

DATE 8/23/05    TIME 900 pm PLACE 200 Sawmill Rd WH    REPORT NO. 05-29368

I, Mead, Casandra , age 15 , make the following
voluntary statement, of my own free will, without threat or promise, to a member of
the West Haven Police Department, knowing that it may be used in a court of law. I
have been advised that I have a right to consult with a lawyer, to stand mute, and
to sign nothing. These rights I hereby waive. I make this statement to Officer
Conlen , whom I know to be a member of the West Haven Police Depart –
ment. I fully understand that if I make a statement that is untrue and which is
intended to mislead a law enforcement officer in the performance of his official
function, I will be violating Sec. 53a – 157 of the Connecticut General Statutes.

On 8/23/05 at about 8pm, I called a guy named
"Teddy" on his cell phone 988/911. I know that "Teddy"
sells "weed" and have purchased marijuana from "Teddy"
in the past. I asked "Teddy" to meet me
at Denny's located on Sawmill Rd, West Haven. "Teddy"
agreed to meet me and bring some marijuana for me
to buy. A short time later I drove to Denny's
and parked in the rear parking lot. As we were
parking the car the police showed up. As the police
came to the car I had Fifteen dollars in my
hand. This money was the money I was going to
use to buy the marijuana.

I have read the above statement and it has been read to me. It is the truth.

WITNESS: _____

SIGNED: X Casandra J Mead

SUBSCRIBED AND SWORN TO BEFORE ME THIS 23 DAY OF August , 2005.

_____ #148
Notary Public

page ___ of ___ pages.

WHPD # 7 (Rev. 11-78)

#54 Hunt Lane
East Haven, CT

Page 1 of 4

## Statement of Casandra Mead

I, Casandra Mead, DOB 12/31/89, of #.54 Hunt Lane in East Haven, CT, make the following voluntary statement. My home telephone number is (203) 469-4127.

On 08/23/05, at approximately 8:00 p.m, I placed a phone call to Teddy Smith's cell phone in an effort to speak with Alecia Shields. Alecia did not have a cell phone, and the only way to get in touch with her is to call Teddy's cell phone because Teddy and Alecia hang out together all the time. I had gotten Teddy's cell phone number from a mutual friend "Joey" so I could reach Alecia to buy marijuana from her.

The reason for contacting Alecia was so that my friend and I could buy two nickel bags of marijuana from her. Since my friend is an adult male I did not provide the Police with his name because I did not want him to get in trouble.

I then made the phone call and a male, who I believed was Teddy, answered the phone. Since I had only spoken with Teddy on a few occasions, I had no idea that the person who I thought to be Teddy was

Signed: _Casandra J Mead / [signature]_    Notary: _[signature]_

Date: 3-2-06

Time: 3:19 pm

Page 2 of 4

actually a West Haven Police Officer. I could not recall the exact content of the conversation, but that it was something along the lines of: "Hi. It's Casandra. Area you around?" The Police Officer said, "No, I'm in West Haven." I asked, "Could you come over here?" The Police Officer said, "No, ~~I'm in~~ if you come out here I'll give you an extra nickel bag." ~~I said "Okay, I'll meet you at Denny's. I then hung up the phone.~~ "Cop said "Can you met me at Denny's" I said "Okay, I'll meet you at Denny's. I then hung up the phone. (CM)

Seconds later, my two male friends, my female friend and I proceeded to drive to Denny's in West Haven. A short time later, we arrived at Denny's and we backed the vehicle into a parking space in the parking lot. We were immediately surrounded by a group of Police Officers who were dressed in plain clothes and who had their guns drawn. I did not immediately know that these individuals were Police Officers because they did not have their badges out. I first thought that we were being robbed at gunpoint. After a couple of seconds, the Police Officers said they wanted to see everyone's hands inside the car, at which point they pulled out their badges from underneath their plain clothes, and it was at that time that I realized

Signed: Casandra J. Mead / Casamay Notary:

Date: 3-2-06

Time: 3:20 pm

Page 3 of 4

they were Police Officers.

The Police Officers then took my friends and I out of the car and began questioning us. One Officer asked how old I was, and I told him that I was fifteen. Another Officer then asked, "Is this your connection?" I told the Officer that it was, in fact, my connection to buy marijuana. I was then arrested, put in handcuffs and placed in the back of the police cruiser. Shortly thereafter, I was transported to the West Haven Police Department for processing.

I never saw Teddy or Alecia at Denny's in West Haven at any time throughout the entire ordeal. I was the only person who was arrested, and the other two males were released. My female friend, who was also underage, was transported to the Police Department and her parents were able to pick her up from there.

I never purchased any drugs from Teddy Smith in the past. The only reason I called his cell phone was so that I could speak to Alecia, who I have purchased marijuana from in the past on two or three occasions over the span of two months. To my knowledge, Teddy does

Signed: Casandra J. Mean / Notary:

Date: 3-2-06

Time: 3:22 pm

Page 4 of 4

not sell drugs, and I have never seen him use drugs.

I had only known Teddy and Alecia for a couple months at the time of the incident. I could positively identify Teddy because I have seen him around East Haven, and he has also given me rides home from friends' houses. I am not sure if I could positively identify Alecia because I have only seen her on one or two occasions.

I was not coerced to make a statement to the West Haven Police Officers. A Police Officer did say to me, "Just tell the truth and you will be fine."

I have read the above statement. It is true and accurate. I have given this statement of my own free will, without fear, threat or promise of reward. I have also been given a copy of this statement.

Signed: Casandra J. Mead / _[signature]_    Notary: _[signature]_

Date: 3-2-06

Time: 3:24 pm

Subscribed and sworn to before me on this 2nd day of March in 2006

I Gary Mead was present and gave consent for my daughter Casandra Mead to give this statement

_[signature]_

# TAYLOR RENTAL

December 18, 2006

To Whom It May Concern:

I am writing this letter of recommendation on behalf of Theodore Smith. Teddy, as I know him, worked for me from 9/15/04 through 1/14/06. His primary job was delivery and set up of rental equipment including wedding tents, tables, chairs, dance floor, etc... Teddy left my company on good terms to further pursue his goal of employment in the health care industry.

Teddy was very easy to work with. His even temperament and sense of humor went a long way toward making everyone around him comfortable. This applies to both fellow employees and customers. At Taylor Rental, Teddy would spend much of his time in other peoples' homes and businesses. Trusting the people one let's into his/her home and, by extension, life is important. In correlation, people in need of care must place their trust in others. I feel that this trustworthiness and accessibility easily translate into the one on one interactions Teddy will experience daily in his career as an orderly, nurse, or any other position within the industry.

Another quality I wish to share about Teddy is his reliability. Rarely did he call out of work and was usually one of the first people to arrive each day. In fact, Teddy wished to remain working for us, but his class schedule conflicted with our work schedule. From time to time, Teddy has also offered to help us out when we needed him for large jobs. Even now, I know that I can call him and he would be there to help if I asked.

In summary, Teddy Smith would make a fine addition to *Any* staff. His enthusiasm, trustworthiness, and reliability are just a few of the qualities I believe Teddy possesses that make him an ideal candidate.

Best wishes,

Bret Lagasse

President
Taylor Rental Center

Orange: 304 Boston Post Road, Orange, CT 06477 – (203) 795-5251 – Fax (203) 795-9481
Branford: 174 Cedar Street, Branford, CT 06405 – (203) 488-1644 – (203) 483-7547
Web site: www.taylor-rentals.com