# The Institute of Professional Practice, Inc.

## Performance Evaluation: RI - Licensed

**Check appropriate box:**

■ **3 month** (Provide Comments Only)    ☐ **6 month** (Provide Comments Only)    ☐ **Annual** (Provide Rating and Comments)

Name: __Theodore Smith__                Facility: __Scrub Oak__

Start Date __January 9, 2006__           Date of Evaluation: __April 9, 2006__

**Purpose of Review:** To take an inventory of an employee's strengths, areas that need improvement, and assesses the employee's overall performance and to determine professional goals for the upcoming year. It is a summary of the employee's performance and work habits since the previous review. It should contain no surprises to the employee. Specific examples should be given to back-up ratings.

For each factor below, assign the employee a numerical rating (#1 - #5) and detail, in the comment section, the reason for the rating. The numerical rating should be based on the following scale.

5. **Outstanding:** All factors were exceeded. The employee performs all job responsibilities far above the requirements of the job.

4. **Above Expectations:** All factors were met and some factors exceeded. The employee performed some job responsibilities above the requirements of the job.

3. **Meets Expectations:** All factors were met. The employee performs job responsibilities satisfactorily.

2. **Below Expectations:** Not all factors were met. The employee performed some job responsibilities below the requirements of the job and improvement is needed.

1. **Unsatisfactory:** Factors were not met. The employee performed job responsibilities consistently below the requirements of the job. Needs immediate and sustained improvement.

| | | |
|---|---|---|
| **JUDGEMENT:** Demonstrates ability to reason through problems, Review alternative solutions, reach sound conclusions and modify decisions when necessary. | | Teddy has the ability to use good judgment while on shift. During a recent incident the FC and AFC both were not in the home when another FC called to see if a staff could be pulled to the hospital. Teddy was the only staff in the home to think of calling Scrub's AFC to notify them of the situation. |
| **TEAMWORK:** Demonstrates ability to work well with others, offering assistance when needed. | | Teddy works well with other staff. He has helped others when asked. |
| **TIME MANAGEMENT:** Demonstrates ability to handle multiple tasks responsibly and successfully. | | Teddy has the ability to multi-task. He gets all his work completed in the time allotted. |
| **COMMUNICATION:** A) Communicates thoughts and ideas clearly and concisely in both written and verbal form. Keeps management and peers well informed. | | When Teddy sees a situation that can hinder the operation of the home he will communicate his thoughts, otherwise Teddy is fairly quiet and keeps to himself. |
| **COMMUNICATION:** B) Demonstrates ability to listen; offers and accepts feedback appropriately. | | Teddy has not had the opportunity to offer a lot of feedback as of yet; he is willing to accept feedback when it is given. |
| **ATTITUDE:** Demonstrates positive and professional attitude. | | Teddy is positive and professional while on shift. Teddy has expressed his pleasure with the company and his position at Scrub. |
| **DEPENDABILITY:** Demonstrates dedication and flexibility, consistency & reliability. Dependable in attendance, on-time on a regular basis and willing to do whatever necessary to get the job done. | | Teddy has been flexible with his schedule. He has been to three ICF homes since he has been here without any complaint after being pulled. He has not missed work since he has been here. |
| **PRODUCTIVITY:** Produces an appropriate quality and quantity of work in an accurate and timely manner. Prioritizes efficiently and uses time management skills. | | Teddy produces a good quantity of work and his work is of good quality. He is able to complete all work asked of him. |
| **INITIATIVE:** Is willing to accept change. Takes initiative without continual direction and is flexible. | | Teddy is learning to initiate his tasks independently. Since he is in his first three months he is on target with initiative. |
| **ACCOUNTABILITY:** Demonstrates ability to follow supervisor's direction. | | Teddy follows the supervisor's direction. When Teddy is asked to do extra tasks he does not complain about the request, he completes them willingly. |
| Consistently and clearly assists and instructs residents with daily living skills. | | Teddy assists the ladies in areas of ADL'S. He is still learning to fade back his help and have the ladies try to complete a skill themselves. |
| Demonstrates knowledge and ability to implement behavioral and habilitative programs. | | Teddy had one IPC ran during his first three month. He scored well on the IPC. He is still learning when to aid the clients and when to let them do parts themselves in the HAB programs. Teddy needs to be learned one behavior intervention technique in one of the lady's program. |

| CATEGORY | RATINGS | COMMENTS |
|---|---|---|
| Demonstrates ability to respond to medical, psychiatric and socio-emotional needs of residents. | | Teddy has primarily focused on the social needs of the clients at this point. He is now ready to begin the medical needs of the clients and begin taking them on medical appointments. |
| Demonstrates ability to follow DMR medication administration procedures. | | Teddy completed the medication administration course. He took the exam on 3/27/06 and as of this date has not received his test score. |
| Demonstrates ability to record data and maintain residents' books. | | Teddy has done well maintaining client books. He knows how to complete the data entry for the day and how to record the information in the excel books. Teddy has not been assigned a primary client and as of this moment has not had the opportunity to learn the excel on the computer. |
| Demonstrates ability to interact with clients in a respectful, dignified manner. | | Teddy interacts well with the clients. He is soft spoken and caring. The clients respond positively towards him. |

➢ **OVERALL COMMENTS**

Overall teddy is doing well at Scrub Oak. His personality fits in with the rest of the team. He has shown himself to be dependable; he has not missed work. Teddy is willing to help with additional tasks in the home as well as pick up additional hours here at Scrub and at two other ICF homes. The feedback given from the other FC'S has been positive.

Because Teddy is a new employee there are areas he needs to work on. As with any new position when first employed one follows direction given. Teddy is beginning to initiate routines himself. I would like to see him initiate more routines in the home. Teddy needs to improve his communication skills especially during staff meetings. He does not regularly participate in conversations during the meeting; he does listen attentively.

At the three-month mark, Scrub staff normally begins taking clients on medical appointments. Teddy is now ready to begin working on this aspect of his responsibilities.

**INDIVIDUAL DEVELOPMENT PLAN**

➢ Please use the space below to identify employee's professional strengths, both technical and interpersonal, as well as those areas in which he/she needs to develop.

| |
|---|
| Dependable. |
| Positive and professional while on shift. |
| Willing to accept additional tasks without any complaints. |
| Willing to help in other ICF homes. |
| Positive relationship with clients. |
| Team player. |

> Please record areas for development, including training, projects and committees, etc. for the next twelve-month period.

| | | |
|---|---|---|
| Initiation | 5/06 | Teddy needs to initiate relationship building with the ladies he normally does not work with. Teddy will wait until direction is given on some chores, Teddy needs to volunteer and initiate more tasks himself. |
| Communication | 5/06 | Teddy will begin to actively participate in staff meetings. |
| Medical needs of the clients. | 5/06 | Teddy will begin taking clients on routine medical appointments. |
| DMR Medication Administration | 6/06 | Teddy will complete his pass/pour with the RN after receiving test results. Teddy will then begin putting himself in the regular medication administration schedule. Teddy also will become G-Tube delegated within three weeks of beginning to administer medication. |
| Behavior Programs | 6/06 | Become trained in one behavior intervention technique for one behavior program. Teddy will begin reactive interventions in other behavior programs. |

> **PROGRESS ON AREAS OF DEVELOPMENT**

_____
_____
_____
_____

**3 MONTH EVALUATION:**

☐ Above Target    ■ On Target    ☐ Below Target

**6 MONTH EVALUATION:**

☐ Pass Probation    ☐ Fail Probation

**OVERALL ANNUAL RATING:** (Total all factor points and divide by the number of factors. To be completed for annual evaluations only.)

☐ Outstanding (4.67-5.0)  ☐ Above Expectations (3.67-4.66)  ☐ Meets Expectations (2.67-3.66)
☐ Below Expectations (1.67-2.66)  ☐ Unsatisfactory (1.0-1.66)

> **EMPLOYEE COMMENTS:**

_____
_____

I have reviewed this evaluation    I have discussed it with my supervi.

_____    _____
RESIDENTIAL INSTRUCTOR    DATE

I have authored this evaluation and discussed its contents with the employee.

___*Sue Frank*_____    ___4/13/06_____
FACILITY COORDINATOR    DATE

I have reviewed this evaluation and any employee comments.

_____    _____
PROJECT DIRECTOR    DATE

_____    _____
DIRECTOR OF ADULT SERVICES    DATE

1/4/01

## The Institute of Professional Practice, Inc.

Performance Evaluation: RI - Licensed

Check appropriate box:

☐ **3 month** (Provide Comments Only)  ■ **6 month** (Provide Comments Only)  ☐ **Annual** (Provide Rating and Comments)

Name: __Theodore Smith__          Facility: __Scrub Oak__

Start Date __January 9, 2006__    Date of Evaluation: __July 15, 2006__

**Purpose of Review:** To take an inventory of an employee's strengths, areas that need improvement, and assesses the employee's overall performance and to determine professional goals for the upcoming year. It is a summary of the employee's performance and work habits since the previous review. It should contain no surprises to the employee. Specific examples should be given to back-up ratings.

For each factor below, assign the employee a numerical rating (#1 - #5) and detail, in the comment section, the reason for the rating. The numerical rating should be based on the following scale.

5. **Outstanding:** All factors were exceeded. The employee performs all job responsibilities far above the requirements of the job.

4. **Above Expectations:** All factors were met and some factors exceeded. The employee performed some job responsibilities above the requirements of the job.

3. **Meets Expectations:** All factors were met. The employee performs job responsibilities satisfactorily.

2. **Below Expectations:** Not all factors were met. The employee performed some job responsibilities below the requirements of the job and improvement is needed.

1. **Unsatisfactory:** Factors were not met. The employee performed job responsibilities consistently below the requirements of the job. Needs immediate and sustained improvement.

| CATEGORY | RATINGS #1 - #5 | COMMENTS |
|---|---|---|
| **JUDGEMENT:** Demonstrates ability to reason through problems, Review alternative solutions, reach sound conclusions and modify decisions when necessary. | | Teddy has the ability to reason through problems. He understands IPP policies and procedures. Teddy will seek advice if he needs to. |
| **TEAMWORK:** Demonstrates ability to work well with others, offering assistance when needed. | | Teddy works well with other staff. He continues to assist others when asked. |
| **TIME MANAGEMENT:** Demonstrates ability to handle multiple tasks responsibly and successfully. | | Teddy gets all his work completed. His responsibilities are complete before he leaves for the day. |
| **COMMUNICATION:** A) Communicates thoughts and ideas clearly and concisely in both written and verbal form. Keeps management and peers well informed. | | Teddy has become more expressive in the home. He will offer his thoughts on a regular basis. |
| **COMMUNICATION:** B) Demonstrates ability to listen; offers and accepts feedback appropriately. | | Teddy will offer feedback and will listen to others when constructive feedback is given. |
| **ATTITUDE:** Demonstrates positive and professional attitude. | | Teddy is positive and professional while on shift. Teddy continues to express his pleasure with the company and the homes he works at. |
| **DEPENDABILITY:** Demonstrates dedication and flexibility, consistency & reliability. Dependable in attendance, on-time on a regular basis and willing to do whatever necessary to get the job done. | | Teddy is flexible. He is always willing to help when he can. He continues to help at Scrub and other homes as well. |
| **PRODUCTIVITY:** Produces an appropriate quality and quantity of work in an accurate and timely manner. Prioritizes efficiently and uses time management skills. | | Teddy produces a good quantity of work and his work is of good quality. He is able to complete all work asked of him. |
| **INITIATIVE:** Is willing to accept change. Takes initiative without continual direction and is flexible. | | Teddy has shown more initiative the past three months. He knows the routine of the house and will start tasks on his own. |
| **ACCOUNTABILITY:** Demonstrates ability to follow supervisor's direction. | | Teddy follows the supervisor's direction. Teddy will complete any task asked of him. |
| Consistently and clearly assists and instructs residents with daily living skills. | | Teddy assists the ladies in areas of ADL'S. He has shown the ability to let the ladies do more for themselves instead of him doing things for them. |
| Demonstrates knowledge and ability to implement behavioral and habilitative programs. | | Teddy had two IPC's run during his first three months. He scored well on both IPC's. He will follow behavior programs as written. |

| CATEGORY | RATINGS #1 - #5 | COMMENTS |
|---|---|---|
| Demonstrates ability to respond to medical, psychiatric and socio-emotional needs of residents. | | Teddy is doing well with all needs of the clients. He began taking clients on medical appointments the past three months and is comfortable with this added responsibility. |
| Demonstrates ability to follow DMR medication administration procedures. | | Teddy is med trained and is in a regular routine of administering medication. He also became G-Tube delegated in the past three months and has done with this aspect of medication administration. |
| Demonstrates ability to record data and maintain residents' books. | | Teddy completes all paperwork required of him. He will begin to learn the computer in the next three months. |
| Demonstrates ability to interact with clients in a respectful, dignified manner. | | Teddy interacts well with the clients. He is soft spoken and caring. The clients respond positively towards him. |

> **OVERALL COMMENTS**

Teddy has done well at Scrub Oak. He has fallen into a regular routine at the home. He has taken on the responsibility of maintaining the vans for the home.

Teddy has a good relationship with the ladies and his co-workers. He has shown himself to be dependable, punctual and caring. Within the past three months he has been accompanying the ladies on medical appointments. He completes all paperwork required and relays information as needed.

Teddy normally works with three ladies at Scrub and is developing his rapport with the other three. He needs to volunteer to run the other programs in order to strengthen his relationship with them.

## INDIVIDUAL DEVELOPMENT PLAN

> Please use the space below to identify employee's professional strengths, both technical and interpersonal, as well as those areas in which he/she needs to develop.

| STRENGTHS |
|---|
| Positive relationship and attentive with clients. |
| Performs additional tasks well when asked. |
| Dependable. |
| Team player |
| Willing to help in other ICF homes. |
| Positive and professional while on shift. |

> Please record areas for development, including training, projects and committees, etc. for the next twelve-month period.

| Areas for Development | Date | Expectations/Results |
|---|---|---|
| Case Coordinator | 9/06 | Teddy will learn the excel entry and reports required to fulfill the responsibilities of primary case coordinator. |
| Program Implementation | 9/06 | Teddy will run programs with the other three ladies he does not normally work with. He needs to know the programs of all six ladies at scrub. |

> **PROGRESS ON AREAS OF DEVELOPMENT**

Teddy has become more independent the past three months; he will initiate activities on his own.
Teddy has been actively participating in staff meetings.
Teddy has been taking clients on medical appointments the past three months.
Teddy has fallen into a regular routine of passing medication. He has become G-Tube trained.
The agency switched from SUPPORT to PMT, the behavior interventions technique is no longer taught.

**3 MONTH EVALUATION:**

☐ Above Target    ☐ On Target    ☐ Below Target

**6 MONTH EVALUATION:**

☒ Pass Probation    ☐ Fail Probation

**OVERALL ANNUAL RATING:** (Total all factor points and divide by the number of factors. To be completed for annual evaluations only.)

☐ Outstanding (4.67-5.0)   ☐ Above Expectations (3.67-4.66)   ☐ Meets Expectations (2.67-3.66)
☐ Below Expectations (1.67-2.66)   ☐ Unsatisfactory (1.0-1.66)

> **EMPLOYEE COMMENTS:**

_____
_____
_____

I have reviewed this evaluation and have discussed it with my supervisor.

_Teddy Smith_ (signature)
RESIDENTIAL INSTRUCTOR                             DATE

I have authored this evaluation and discussed its contents with the employee.

_Sue Frank_ (signature)                            8/4/06
FACILITY COORDINATOR                               DATE

I have reviewed this evaluation and any employee comments.

_____
PROJECT DIRECTOR                                   DATE

_____
DIRECTOR OF ADULT SERVICES                         DATE

1/4/01